*February 10, 2017*

2017-Ohio-473.]

**2015–2111. Dulay v. Testa.**
Board of Tax Appeals, No. 2014–2074. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellant/cross-appellee's motion to supplement the record, it is ordered by the court that the motion is granted. The Board of Tax Appeals shall supplement the record in this case, within 14 days of the date of this entry, with appellant's witness and exhibit list docketed on December 8, 2014, the hearing subpoena issued to Judy Ransom, docketed on April 2, 2015, and the deposition subpoena issued to Judy Ransom, docketed on December 19, 2014, as Subponea4.PDF.

**2016–0370. Disciplinary Counsel v. Leneghan.**
It is ordered by this court, sua sponte, that Patrick Peter Leneghan, Attorney Registration No. 0041931, last known business address in Brooklyn Heights, Ohio, is found in contempt for failure to comply with this court's order of December 2, 2016, to wit, failure to surrender his attorney-registration card and failure to file an affidavit of compliance on or before January 3, 2017.

**2016–1569. Disciplinary Counsel v. Garber.**
It is ordered by this court, sua sponte, that Ronald David Garber, Attorney Registration No. 0046371, last known business address in Toledo, Ohio, is found in contempt for failure to comply with this court's order of December 1, 2016, to wit, failure to file an affidavit of compliance on or before January 3, 2017.

**2016–1654. In re Resignation of Richman.**
It is ordered by this court, sua sponte, that Brian H. Richman, Attorney Registration No. 0013467, last known business address in Cleveland, Ohio, is found in contempt for failure to comply with this court's order of December 2, 2016, to wit, failure to surrender his attorney-registration card and failure to file an affidavit of compliance on or before January 3, 2017.

**2016–1659. In re Resignation of Feighan.**
It is ordered by this court, sua sponte, that Joseph English Feighan III, Attorney Registration No. 0066256, last known business address in Lakewood, Ohio, is found in contempt for failure to comply with this court's order of December 2, 2016, to wit, failure to surrender his attorney-registration card, failure to surrender his certificate of admission, and failure to file an affidavit of compliance on or before January 3, 2017.